AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Citi Cars, Inc. <br> a Florida Corporation <br><br> *Plaintiff(s)* <br> v. <br><br> Cox Enterprises, Inc. <br> A Delaware Corporation, Et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:17-CV-22190-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cox Automotive, Inc., a Delaware Corporation
c/o Corporation Service Company, Registered Agent
2711 Centerville Road
Suite 400
Wilmington, DE 19808


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Martin G. McCarthy, Esq.
Law Offices of Richard S. Gendler, P.A.
2151 South LeJeune, Road
Suite 306
Coral Gables, FL 33134


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   07/13/2017

Steven M. Larimore
Clerk of Court

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Citi Cars, Inc.<br>a Florida Corporation<br><br>*Plaintiff(s)*<br>v.<br>Cox Enterprises, Inc.<br>A Delaware Corporation, Et al.<br><br>*Defendant(s)* | Civil Action No. 1:17-CV-22190-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cox Enterprises, Inc., a Delaware Corporation
c/o Corporation Service Company, Registered Agent
2711 Centerville Road
Suite 400
Wilmington, DE 19808


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Martin G. McCarthy, Esq.
Law Offices of Richard S. Gendler, P.A.
2151 South LeJeune, Road
Suite 306
Coral Gables, FL 33134


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts

Date:  07/13/2017

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Citi Cars, Inc. <br> a Florida Corporation <br><br> *Plaintiff(s)* <br> v. <br><br> Cox Enterprises, Inc. <br> A Delaware Corporation, Et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:17-CV-22190-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Manheim Auction, LLC, A Delaware Limited Liability Company
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Martin G. McCarthy, Esq.
Law Offices of Richard S. Gendler, P.A.
2151 South LeJeune, Road
Suite 306
Coral Gables, FL 33134


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:     07/13/2017

Steven M. Larimore
Clerk of Court

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Citi Cars, Inc.<br>a Florida Corporation<br><br>*Plaintiff(s)*<br>v.<br>Cox Enterprises, Inc.<br>A Delaware Corporation, Et al.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:17-CV-22190-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nextgear Capital, Inc.
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Martin G. McCarthy, Esq.
Law Offices of Richard S. Gendler, P.A.
2151 South LeJeune, Road
Suite 306
Coral Gables, FL 33134


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts

Date:   07/13/2017