## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CITI CARS, INC., a Florida Corporation,

    Plaintiff,                        **Case No. 1:17-cv-22190-KMM**

v.

Cox Enterprises, Inc., a Delaware Corporation,

Cox Automotive, Inc., a Delaware Corporation,

Manheim Auction, LLC, a Delaware Limited
Liability Company,

NextGear Capital, Inc., a Delaware Corporation,

    Defendants.
_____/

### NOTICE OF LIMITED APPEARANCE AND REQUEST FOR NOTICE

    STEPHEN C. BREUER of MOFFA & BREUER, PLLC hereby files this Notice of Limited Appearance and Request for Notice, as bankruptcy counsel to Citi Cars Inc., the debtor-in-possession in the pending chapter 11 case number 16-26681-AJC, United States Bankruptcy Court for the Southern District of Florida, Miami Division, and further requests that copies of all further pleadings and notices of all further proceedings in the above captioned matter be forwarded to the below email address:

                    Moffa & Breuer, PLLC
                    Attn: Stephen C. Breuer
          1776 N. Pine Island Road, Suite #102
                   Plantation, FL  33322
               Email: stephen@moffa.law

    This Limited Appearance is filed so that bankruptcy counsel for the Plaintiff receives notices, pleadings and papers filed in this case, and is not intended to serve as an appearance of co-counsel, or any other appearance on behalf of any party in this

case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida, and that a true and correct copy of the foregoing was filed using CM/ECF and served this 19th day of July, 2017: (i) via CM/ECF upon all parties registered to receive Notice(s) of Electronic Filing (NEF) in this case.

Moffa & Breuer, PLLC
Bankruptcy Counsel for Citi Cars, Inc.,
In Case No. 16-26681-AJC
1776 North Pine Island Road #102
Plantation, FL   33322
Telephone     954-634-4733
FAX               954-337-0637

By: /s/  Stephen C. Breuer
Stephen C. Breuer
FBN 99709
Stephen@moffa.law