IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CITI CARS, Inc. a Florida corporation )<br>)<br>    Plaintiff, )<br>) | |
| v. ) | CASE NO.: 1:17-CV-22190-KMM |
| )<br>COX ENTERPRISES, INC. )<br>A Delaware Corporation )<br>)<br>COX AUTOMOTIVE, INC. )<br>A Delaware Corporation )<br>)<br>MANHEIM AUCTION, LLC )<br>A Delaware Limited Liability Corporation )<br>)<br>NEXTGEAR CAPITAL, INC. )<br>A Delaware Corporation, )<br>)<br>    Defendants. )<br>_____ ) | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendants Cox Enterprises, Inc., Cox Automotive, Inc., Manheim Auction, LLC and NextGear Capital, Inc.

DATED: August 1, 2017

Respectfully submitted,

/s/ Kimberly J. Donovan
Kimberly J. Donovan
Florida Bar No. 16496
Email: kimberly.donovan@squirepb.com
**Squire Patton Boggs (US) LLP**
200 South Biscayne Boulevard, Suite 4700
Miami, FL 33131
Telephone: +1 305 577 7000
Facsimile: +1 305 577 7001
*Attorney for Defendants*