IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-22190-MOORE/SIMONTON

| | |
|---|---|
| CITI CARS, Inc. a Florida corporation | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COX ENTERPRISES, INC. | ) |
| A Delaware Corporation | ) |
| | ) |
| COX AUTOMOTIVE, INC. | ) |
| A Delaware Corporation | ) |
| | ) |
| MANHEIM AUCTION, LLC | ) |
| A Delaware Limited Liability Corporation | ) |
| | ) |
| NEXTGEAR CAPITAL, INC. | ) |
| A Delaware Corporation, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants, as nongovernmental corporations, make the following statement as to corporate ownership. Defendant Cox Enterprises, Inc. is the ultimate parent corporation of Defendant Cox Automotive, Inc. BDT Capital Partners, LLC is the BDT shareholder representative of the BDT funds which owns the remaining shares of Cox Automotive, Inc. Manheim Auction, LLC is a wholly-owned subsidiary of Cox Automotive, Inc. NextGear Capital, Inc. is a wholly-owned subsidiary of Manheim Auction, Inc. There are no publicly-held corporations owning 10% or

more of any company's stock.

Dated: August 1, 2017                    Respectfully submitted,

*s/Kimberly J. Donovan*
Kimberly J. Donovan
Florida Bar No. 16496
**SQUIRE PATTON BOGGS (US) LLP**
200 South Biscayne Blvd., Ste. 4700
Miami, Florida 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: Kimberly.donovan@squirepb.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

*s/Kimberly J. Donovan*

010-8510-1230/1/AMERICAS