IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-22190-MOORE/SIMONTON

CITI CARS, Inc. a Florida corporation )
)
    Plaintiff, )
)
v. )
)
COX ENTERPRISES, INC. )
A Delaware Corporation )
)
COX AUTOMOTIVE, INC. )
A Delaware Corporation )
)
MANHEIM AUCTION, LLC )
A Delaware Limited Liability Corporation )
)
NEXTGEAR CAPITAL, INC. )
A Delaware Corporation, )
)
    Defendants. )
_____ )

**UNOPPOSED MOTION TO ALLOW MARK J. BOTTI
TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION,
AND REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Mark J. Botti ("Mr. Botti"), of the law firm Squire Patton Boggs (US) LLP, 2550 M Street, NW, Washington, DC 20037, Telephone (202) 457-6000, for purposes of appearing as co-counsel on behalf of Defendants herein, in the above-styled case only. Pursuant to Rule 2B of the CM/ECF Administrative Procedures of the Southern District of Florida, Mr. Botti

also respectfully requests to be permitted to receive electronic filings in this case, and in support thereof states as follows:

1. Mr. Botti is currently a member in good standing of the District of Columbia Bar.

2. Pursuant to Section 2B of the Southern District of Florida CM/ECF Administrative Procedures, Mr. Botti, through undersigned counsel, hereby requests the Court to provide Notice of Electronic Filings to Mr. Botti at the email address mark.botti@squirepb.com.

3. In further support of this motion, I state that I, Kimberly J. Donovan, am a member in good standing of the Florida Bar and of this Court and maintain an office in this District for the practice of law and am authorized to file through the Court's electronic filing system. I consent to be the designated member of the bar of this Court with whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Squire Patton Boggs (US) LLP, 200 South Biscayne Boulevard, Suite 4700, Miami, Florida 33131, (305) 577-7000, acts as counsel in this matter on behalf of Defendants.

4. In accordance with the local rules of this court, Mr. Botti has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

5. Attached hereto is a proposed Order admitting Mr. Botti, of the law firm of Squire Patton Boggs (US) LLP, to appear specially and participate in this case.

WHEREFORE, Kimberly J. Donovan, respectfully moves this Court to enter an order permitting Attorney Mark J. Botti to practice before this Court for the special purpose of

representing Defendants in the above-captioned action and be permitted to receive Notice of Electronic Filings pursuant to Section 2B of the Southern District of Florida CM/ECF Administrative Procedures.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that on August 1, 2017, counsel for the movant conferred with counsel for Plaintiff and he does not object to the relief requested in this motion.

Dated: August 1, 2017

Respectfully submitted,

_____
Kimberly J. Donovan
(Florida Bar No. 16496)
Email: Kimberly.donovan@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
200 South Biscayne Blvd., Ste. 4700
Miami, Florida 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
***Attorneys for Defendants***

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

_____
Kimberly J. Donovan

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-22190-KMM

| | |
|---|---|
| CITI CARS, Inc. a Florida corporation | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| COX ENTERPRISES, INC. A Delaware Corporation | ) ) ) |
| COX AUTOMOTIVE, INC. A Delaware Corporation | ) ) ) |
| MANHEIM AUCTION, LLC A Delaware Limited Liability Corporation | ) ) ) |
| NEXTGEAR CAPITAL, INC. A Delaware Corporation, | ) ) ) |
| Defendants. | ) ) |

## CERTIFICATION OF MARK BOTTI

Mark Botti, Esquire, pursuant to Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing with the District of Columbia Bar.

Dated: August 1, 2017

Mark Botti
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: +1.202.457.6000
Facsimile: +1.202.457.6315
Email: mark.botti@squirepb.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-22190-MOORE/SIMONTON

CITI CARS, Inc. a Florida corporation )
)
    Plaintiff, )
)
v. )
)
COX ENTERPRISES, INC. )
A Delaware Corporation )
)
COX AUTOMOTIVE, INC. )
A Delaware Corporation )
)
MANHEIM AUCTION, LLC )
A Delaware Limited Liability Corporation )
)
NEXTGEAR CAPITAL, INC. )
A Delaware Corporation, )
)
    Defendants. )
_____ )

**ORDER GRANTING UNOPPOSED MOTION TO ALLOW
MARK BOTTI TO APPEAR *PRO HAC VICE*, CONSENT TO
DESIGNATION AND REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Unopposed Motion to Allow Mark Botti to Appear *Pro Hac Vice*, Consent to Designation, and Request to Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Mark Botti may appear and participate in this action on behalf of Defendants. The Clerk shall provide electronic notification of all electronic filings to Mark Botti at mark.botti@squirepb.com.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____, 2017.

_____
United States District Judge

Copies furnished to:

All Counsel of Record