IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-22190-MOORE/SIMONTON

| | |
|---|---|
| CITI CARS, Inc. a Florida corporation | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COX ENTERPRISES, INC. | ) |
| A Delaware Corporation | ) |
| | ) |
| COX AUTOMOTIVE, INC. | ) |
| A Delaware Corporation | ) |
| | ) |
| MANHEIM AUCTION, LLC | ) |
| A Delaware Limited Liability Corporation | ) |
| | ) |
| NEXTGEAR CAPITAL, INC. | ) |
| A Delaware Corporation, | ) |
| | ) |
|       Defendants. | ) |
| _____ | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Defendants respectfully makes this motion for an extension of time, until and including September 15, 2017, within which to move, plead, or otherwise respond to Plaintiff's Complaint. Plaintiff's counsel has agreed to the relief requested herein.

1.     Defendant NextGear Capital, Inc. ("NextGear") was served with the Complaint in this action on July 18, 2017. Accordingly, NextGear's deadline to respond to the Complaint is August 8, 2017.

2.     The remaining Defendants were served on July 21, 2017. Accordingly, their deadline to respond to the Complaint is due on August 11, 2017.

3.      The undersigned counsel represents all of the Defendants in this action.   All Defendants seek the relief requested in this motion.

4.      The 28-page Complaint asserts five causes of action, including violation of antitrust laws, civil conspiracy, abuse of monopoly power, and two counts of deceptive unfair trade practices.   Given the complicated nature of these types of claims, Defendants require additional time to analyze the numerous legal issues raised by the Complaint.

WHEREFORE, Defendants respectfully request that the Court grant its unopposed motion for enlargement of time to respond to the Complaint until Friday, September 15, 2017.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that on and before August 4, 2017, counsel for the movant conferred with counsel for Plaintiff and he has agreed to the relief requested in this motion.

Dated: August 4, 2017

Respectfully submitted,

*s/Kimberly J. Donovan*
Kimberly J. Donovan
(Florida Bar No. 16496)
Email: Kimberly.donovan@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
200 South Biscayne Blvd., Ste. 4700
Miami, Florida 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001

Alicia J. Batts, admitted *pro hac vice*
Email: alicia.batts@squirepb.com
Mark J. Botti, admitted *pro hac vice*
Email: mark.botti@squirepb.com
Christopher H. Gordon, admitted *pro hac vice*
Email: christopher.gordon@squirepb.com
Jessica M. Hoke VanderMiller, admitted *pro hac vice*
Email: jessica.vandermiller@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

*s/Kimberly J. Donovan*
Kimberly J. Donovan

010-8508-4915/1/AMERICAS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-22190-MOORE/SIMONTON

CITI CARS, Inc. a Florida corporation )
                                 )
         Plaintiff,                   )
                                 )
v.                                       )
                                 )
COX ENTERPRISES, INC. )
A Delaware Corporation )
                                 )
COX AUTOMOTIVE, INC. )
A Delaware Corporation )
                                 )
MANHEIM AUCTION, LLC )
A Delaware Limited Liability Corporation )
                                 )
NEXTGEAR CAPITAL, INC. )
A Delaware Corporation, )
                                 )
         Defendants.              )
_____ )

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO THE COMPLAINT**

        THIS CAUSE having come before the Court on the Defendants' Unopposed Motion for

Extension of Time to Respond to the Complaint, and this Court having considered the Motion and

all other relevant factors, it is hereby

        ORDERED AND ADJUDGED that:

        The Motion is GRANTED.  The Defendants shall serve a response to the Complaint on or

before Friday, September 15, 2017.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of

_____, 2017.

_____
United States District Judge


Copies furnished to:

All Counsel of Record