IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-22190-MOORE/SIMONTON

| | |
|---|---|
| CITI CARS, Inc. a Florida corporation | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) |
| COX ENTERPRISES, INC. | ) |
| A Delaware Corporation | ) |
| | ) |
| COX AUTOMOTIVE, INC. | ) |
| A Delaware Corporation | ) |
| | ) |
| MANHEIM AUCTION, LLC | ) |
| A Delaware Limited Liability Corporation | ) |
| | ) |
| NEXTGEAR CAPITAL, INC. | ) |
| A Delaware Corporation, | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

**JOINT MOTION FOR EXTENSION OF TIME
TO HOLD SCHEDULING CONFERENCE**

Plaintiff Citi Cars, Inc. and Defendants Cox Enterprises, Inc., Cox Automotive Inc., Manheim Auction, LLC, and NextGear Capital, Inc. (the "Parties") respectfully make this motion for an extension of time, until and including September 11, 2017, within which to hold a scheduling conference and, subsequently, file a Joint Scheduling Report. In support of this motion, the Parties jointly state as follows:

Pursuant to the Court's June 16, 2017 Pretrial Order (Doc. 3), the original deadline to have completed a scheduling conference is August 11, 2017,[1] with the Joint Scheduling Report due to

---

[1] The Court's Order provides: "the parties shall hold a scheduling conference no later than twenty (20) days after the filing of the first responsive pleading by the last responding defendant, or within sixty (60) days after the filing of the complaint, whichever occurs first." (Doc. 3) The Complaint was filed on June 12, 2017. (Doc. 1)

**SQUIRE PATTON BOGGS (US) LLP**

be filed within ten (10) days of the scheduling conference.

The Parties respectfully seek an extension of time to hold their scheduling conference until and including September 11, 2017, with the Joint Scheduling Report due to be filed within ten (10) days of the scheduling conference. Counsel for the Parties agree that the requested extension of time will not cause any prejudice to either party.

Good cause for granting the requested extension of time exists, as Plaintiff's counsel is unable to hold a scheduling conference within the deadline imposed by the Court's June 16, 2017 Order (Doc. 3) due to involvement in litigating another case on the west coast of Florida. Further, the Defendants have been granted an extension of time within which to respond to the Complaint until August 31, 2017. (Doc. 20)

WHEREFORE, the Parties respectfully request that the Court grant this joint motion for enlargement of time, and extend the deadline for holding a scheduling conference until and including September 11, 2017, with the Joint Scheduling Report due to be filed within ten (10) days thereof.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that on and before August 10, 2017, counsel for Plaintiff conferred with counsel for the Defendants, and they have agreed to the relief requested in this motion.

Dated: August 11, 2017

Respectfully submitted,

<u>s/s Martin G. McCarthy</u>
Martin G. McCarthy, Esq.
(Florida Bar No. 0149896)
Richard S. Gendler & Associates, P.A.
2155 South Lejeune Road, Suite 306
Coral Gables, FL 33015
Telephone: (305) 444-1533
Facsimile: (305) 444-1075
Email: mccarthy@miami-law.com

*Attorney for Plaintiffs*

and

<u>s/s Kimberly J. Donovan</u>
Kimberly J. Donovan
(Florida Bar No. 16496)
**SQUIRE PATTON BOGGS (US) LLP**
200 South Biscayne Blvd., Ste. 4700
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: Kimberly.donovan@squirepb.com

Alicia J. Batts, admitted *pro hac vice*
Email: alicia.batts@squirepb.com
Mark J. Botti, admitted *pro hac vice*
Email: mark.botti@squirepb.com
Christopher H. Gordon, admitted *pro hac vice*
Email: christopher.gordon@squirepb.com
Jessica M. Hoke VanderMiller, admitted *pro hac vice*
Email: jessica.vandermiller@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315

*Attorneys for Defendants*

- 4 -

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 11, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

      */s/ Kimberly J. Donovan*
      Kimberly J. Donovan