IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-22190-MOORE/SIMONTON

| | |
|---|---|
| CITI CARS, Inc. a Florida corporation | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| COX ENTERPRISES, INC. | ) |
| A Delaware Corporation | ) |
| | ) |
| COX AUTOMOTIVE, INC. | ) |
| A Delaware Corporation | ) |
| | ) |
| MANHEIM AUCTION, LLC | ) |
| A Delaware Limited Liability Corporation | ) |
| | ) |
| NEXTGEAR CAPITAL, INC. | ) |
| A Delaware Corporation, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**ORDER GRANTING JOINT MOTION FOR EXTENSION
OF TIME TO HOLD SCHEDULING CONFERENCE**

THIS CAUSE having come before the Court on the Parties' Joint Motion for Extension of Time to Hold Scheduling Conference, and this Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  The Parties shall hold a scheduling conference on or before September 11, 2017.  Within ten (10) days of the scheduling conference, counsel shall file a joint scheduling report.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____, 2017.

_____
United States District Judge

Copies furnished to:
All Counsel of Record