IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-22190-MOORE/SIMONTON

CITI CARS, Inc. a Florida corporation  )
                                       )
Plaintiff,                             )
                                       )
v.                                     )
                                       )
COX ENTERPRISES, INC.                  )
A Delaware Corporation                 )
                                       )
COX AUTOMOTIVE, INC.                   )
A Delaware Corporation                 )
                                       )
MANHEIM AUCTION, LLC                   )
A Delaware Limited Liability Corporation )
                                       )
NEXTGEAR CAPITAL, INC.                 )
A Delaware Corporation,                )
                                       )
        Defendants.                    )
_____ )

### JOINT SCHEDULING REPORT WITH PROPOSED PRETRIAL SCHEDULE

1.      **Conference of the Parties:** Pursuant to Local Rule 16.1(b)(1), the parties conducted a telephonic conference on August 16, 2017, attended by counsel for all parties.

        a.  **Right to Arbitration Not Waived:**  Defendants have engaged in this conference and prepared this joint report pursuant to the Court's order but do not waive their right to pursue arbitration.

2.      **Likelihood of Settlement:** The parties are open to settlement discussions, but do not believe settlement is likely at this time.

3.      **Likelihood of Appearance of Additional Parties**: The parties do not believe it is likely that other parties will appear in this action.

4.      **Proposed Limits on Time:** The parties agree that the final date for filing motions to join parties or motions to amend the pleadings is December 15, 2017.

5.      **Fact Discovery Cut-Off Date**: September 3, 2018.

   a.  **Defendants' Objections to Rule 26 Initial Disclosures**:  Pursuant to Fed. R. Civ. P. 26(1)(C), Defendants object that initial disclosures are not appropriate in this action, because the parties are bound to arbitrate according to a valid and enforceable arbitration clause applicable to this action.

6.      **Expert Disclosures and Reports**:  October 3, 2018.

7.      **Rebuttal Expert Disclosures and Reports**:  November 5, 2018.

8.      **Completion of Expert Depositions**:  December 18, 2018.

9.      **Deadline for Mediation**: September 4, 2018.

10.     **Filing of Dispositive Motions**: December 19, 2018.

11.     **Proposals for Formulation and Simplification of the Issues**:   The parties will endeavor to simplify issues for trial prior to the final pretrial conference.

12.     **The Necessity or Desirability of Amendments to the Pleadings:** Because Defendants have not yet responded to the complaint, the parties do not know yet whether it will be necessary or desirable to amend the pleadings.

13.     **The Possibility of Obtaining Admissions of Fact and of Documents, Electronically Stored Information or Things Which will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents, Electronically Stored Information or Things, and the Need for Advance Rulings from the Court on Admissible Evidence:** The parties will endeavor to obtain admissions of fact and documents and stipulations prior to the final pretrial conference.

14.     **Suggestions for Avoidance of Unnecessary Proof and Cumulative Evidence**:   The parties will endeavor to obtain admissions of fact and stipulations regarding evidence of fact prior to the final pretrial conference, but do not have any suggestions at this time.

15.     **Referrals to the Magistrate Judge**:  The parties agree to refer discovery issues to the Magistrate Judge.

16.     **Preliminary Estimate of Time Required for Trial**:  11-12 trial days.

17.     **Conferences**: The parties will be ready for a final pretrial conference any time after January 14, 2019 and request trial in February 2019 or thereafter in accordance with the Court's availability.

Dated: August 30, 2017

Respectfully submitted,

/s/ Martin G. McCarthy
Martin G. McCarthy
Florida Bar No. 0149896
Email: McCarthy@Miami-Law.com
Law Offices of Richard S. Gendler, P.A.
2155 South LeJeune Road, Suite 306
Coral Gables, FL 33015
Telephone: (305) 444-1533
Facsimile: (305) 444-1075

Attorneys for Plaintiff

/s/ Kimberly J. Donovan
Kimberly J. Donovan
Florida Bar No. 16496
Email: Kimberly.donovan@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
200 South Biscayne Blvd., Suite 4700
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001

Mark J. Botti, admitted pro hac vice
Email: mark.botti@squirepb.com
Alicia J. Batts, admitted pro hac vice
Email: alicia.batts@squirepb.com
Christopher H. Gordon, admitted pro hac vice
Email: christopher.gordon@squirepb.com
Jessica M. Hoke VanDerMiller, admitted pro
hac vice
Email: jessica.hoke@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315

Attorneys for Defendants

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on August 30, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

<u>*/s/ Kimberly J. Donovan*</u>
Kimberly J. Donovan