IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-22190-MOORE/SIMONTON

CITI CARS, Inc. a Florida corporation )
)
Plaintiff, )
)
v. )
)
COX ENTERPRISES, INC. )
A Delaware Corporation )
)
COX AUTOMOTIVE, INC. )
A Delaware Corporation )
)
MANHEIM AUCTION, LLC )
A Delaware Limited Liability Corporation )
)
NEXTGEAR CAPITAL, INC. )
A Delaware Corporation, )
)
Defendants. )
_____ )

## JOINT PROPOSED SCHEDULING ORDER

  A. Case Track - The Parties believe that this case should be assigned to the Complex Track.

  B. The Defendants have not waived their right to pursue arbitration by virtue of filing the joint scheduling report with proposed pretrial scheduling order pursuant to court order, local rules and Federal Rules of Civil Procedure.

  C. Agreed Discovery Schedule

    1. Fact discovery to be completed by September 3, 2018.

    2. Initial expert disclosures and reports to be exchanged by October 3, 2018.

    3. Rebuttal expert disclosures and reports to be exchanged by November 5, 2018.

      4.      Expert depositions to be completed by December 18, 2018.

      5.      Mediation shall be conducted prior to September 4, 2018.

D.    There are presently no agreements or issues among the parties regarding the preservation, disclosure or discovery of documents, electronically stored information or things.

E.    There are presently no agreements among the parties regarding the claims of privilege or protection of trial preparation material after production, but the parties are willing to negotiate a confidentiality order.

F.    Additional parties shall be joined and pleadings shall be amended no later than December 15, 2017.

G.    All pretrial motions shall be filed by _____.

H.    All pretrial motions shall be resolved by the Court by _____.

I.    The parties will rely on the Manual for Complex Litigation as required and see no need at this time for any rule variations.

J.    A pretrial conference, if one is to be held, shall take place on _____, 2019.

K.    Trial shall commence on _____, 2019.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this _____ day of _____, 2017.

                                                            _____
                                                            United States District Judge

Copies furnished to: All Counsel of Record