IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

| | |
|---|---|
| CITI CARS, Inc. a Florida corporation ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: 1:17-CV-22190-KMM |
| v. ) | |
| ) | |
| COX ENTERPRISES, INC. ) | |
| A Delaware Corporation ) | |
| ) | |
| COX AUTOMOTIVE, INC. ) | |
| A Delaware Corporation ) | |
| ) | |
| MANHEIM AUCTION, LLC ) | |
| A Delaware Limited Liability ) | |
| Corporation ) | |
| ) | |
| NEXTGEAR CAPITAL, INC. ) | |
| A Delaware Corporation, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION OR ALTERNATIVELY, TO DISMISS [D.E. 26]**

Plaintiff, Citi Car, Inc., A Florida Corporation ("Citi Car"), by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 7 and Local Rule 7.1, hereby moves for a eight-day (8) extension of time to respond to Defendants' Motion to Compel Arbitration and Alternatively, to Dismiss [D.E. 26], so that the Plaintiff's Response is due on or before Friday, September 22, 2017.

1.       Defendant's filed their Motion to Compel Arbitration or Alternatively, to Dismiss [D.E. 26] on August 31, 2017.

2.       Plaintiff's Response to Defendants' Motion to Compel Arbitration or Alternatively, to Dismiss is currently due on Friday, September 15, 2017.

3. Due to office closures and other limitations caused by Hurricane Irma, and commitments related to a double second-degree murder trial which was scheduled to commence on September 5, 2017 in the 20th Judicial Circuit Court, in and for Lee County, Florida (Case No.: 2016-CF-16785), Counsel has been constrained in reach the Plaintiff and preparing a response to Defendants' Motion to Compel Arbitration or Alternatively, to Dismiss.

4. Counsel for the Defendants had indicated no opposition to the extension of time requested herein.

5. Accordingly, Plaintiff respectfully requests an extension of time to submit a Response to Defendants' Motion to Compel Arbitration or Alternatively, to Dismiss [D.E. 26] up to and including Friday, September 22, 2017.

6. A proposed order is attached hereto as Exhibit "A".

WHEREFORE, Plaintiff respectfully requests that the Court enters an Order Granting Plaintiff an extension of Time to Respond to Defendants' Motion to Compel Arbitration or Alternatively, to Dismiss up to and including Friday, September 22, 2017.

Dated: September 14, 2017

                Respectfully Submitted,

                /s/ Martin G. McCarthy
                Martin G. McCarthy, Esquire
                Florida Bar No.: 0149896
                Gendler, McCarthy, & Yersel, PLLC
                2151 S. Lejeune Road, Ste. 306
                Coral Gables, FL 33134
                Telephone (305) 444-1533 / Facsimile (866) 676-4671
                Primary Service Email: McCarthy@Miami-Law.com
                Additional Service Email 1: Eyersel@Miami-Law.com

## CERTIFICATE OF SERVICE

  I hereby certify that on September 14, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the forgoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ Martin G. McCarthy
        Martin G. McCarthy, Esq.

**SERVICE LIST**

Via transmission of Notices of Electronic Filing and email service to:

Kimberly J. Donovan (Florida Bar No. 16496)
Email: Kimberly.donovan@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
200 South Biscayne Blvd., Ste. 4700
Miami, Florida 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001

Mark J. Botti, admitted *pro hac vice*
Email: mark.botti@squirepb.com

Alicia J. Batts, admitted *pro hac vice*
Email:  alicia.batts@squirepb.com Christopher H. Gordon, admitted *pro hac vice* Email: christopher.gordon@squirepb.com Jessica M. Hoke VanDerMiller*,* admitted *pro hac vice* Email: jessica.hoke @squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
2550 M Street, NW Washington, DC 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315

*Attorneys for Defendants*