IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CITI CARS, Inc. a Florida corporation )
                                           )
        Plaintiff,                        )
                                           )      CASE NO.: 1:17-CV-22190-KMM
        v.                               )
                                           )
COX ENTERPRISES, INC.           )
A Delaware Corporation            )
                                           )
COX AUTOMOTIVE, INC.           )
A Delaware Corporation            )
                                           )
MANHEIM AUCTION, LLC         )
A Delaware Limited Liability      )
Corporation                                 )
                                           )
NEXTGEAR CAPITAL, INC.        )
A Delaware Corporation,         )
                                           )
Defendants.                         )

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO  DEFENDANTS' MOTION TO COMPEL ARBITRATION OR
ALTERNATIVELY, TO DISMISS**

        THIS MATTER is before the Court on Plaintiff's Motion for Extension of Time to
Respond to Defendants' Motion to Compel Arbitration or Alternatively, to Dismiss [D.E. 26].
Having considered the Motion it is hereby ORDERED AND ADJUDGED that Plaintiff's motion
is GRANTED.  Plaintiff shall file it's response to Defendants' Motion to Compel Arbitration or
Alternatively, to Dismiss on or before September 22, 2017.

        DONE AND ORDERED in Chambers in Miami, Florida, this _____ day of September
2017.

                                      _____
                                      HONORABLE KEVIN MICHAEL MOORE
                                      UNITED STATES DISTRICT JUDGE