IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CITI CARS, Inc. a Florida corporation ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: 1:17-CV-22190-KMM |
| v. ) | |
| ) | |
| COX ENTERPRISES, INC. ) | |
| A Delaware Corporation ) | |
| ) | |
| COX AUTOMOTIVE, INC. ) | |
| A Delaware Corporation ) | |
| ) | |
| MANHEIM AUCTION, LLC ) | |
| A Delaware Limited Liability ) | |
| Corporation ) | |
| ) | |
| NEXTGEAR CAPITAL, INC. ) | |
| A Delaware Corporation, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION OR ALTERNATIVELY, TO DISMISS [D.E. 26]**

Plaintiff, Citi Cars, Inc., A Florida Corporation ("Citi Cars"), by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 7 and Local Rule 7.1, hereby moves for an four-day (4) extension of time to respond to Defendants' Motion to Compel Arbitration and Alternatively, to Dismiss [D.E. 26], so that the Plaintiff's Response is due on or before Tuesday, September 26, 2017.

1. Defendants' filed their Motion to Compel Arbitration or Alternatively, to Dismiss [D.E. 26] on August 31, 2017.

2. On September 16, 2017 the Court entered an Ordering Granting the Plaintiff an eight (8) day extension of time to file a Response to the Defendants' Motion to Compel Arbitration or

Alternatively, to Dismiss [D.E. 29].

3.     Plaintiff's Response to Defendants' Motion to Compel Arbitration or Alternatively, to Dismiss is currently due on Friday, September 22, 2017 [D.E. 29].

4.     Plaintiff's corporate representatives evacuated Miami because of Hurricane Irma and only returned on the evening of Tuesday, September 19, 2017. Plaintiff's corporate representatives and Counsel met that evening to review documents in support of the Plaintiff's Response to Defendants' Motion to Compel Arbitration or Alternatively, to Dismiss [D.E. 26]. Plaintiff's corporate representatives are attempting to secure additional documents and information to Counsel in support its Response.

5.     Counsel for the Defendants had indicated no opposition to the extension of time requested herein, but requests that Defendants' Reply to the Response be due on or before October 6, 2017, to which Plaintiff has no objection.

6.     Accordingly, Plaintiff respectfully requests an extension of time to submit a Response to Defendants' Motion to Compel Arbitration or Alternatively, to Dismiss [D.E. 26] up to and including Tuesday, September 26, 2017, and Defendants request an extension to file a Reply up to and including Friday, October 6, 2017.

7.     A proposed order is attached hereto as Exhibit "A".

WHEREFORE, Plaintiff respectfully requests that the Court enters an Order Granting Plaintiff an extension of Time to Respond to Defendants' Motion to Compel Arbitration or Alternatively, to Dismiss up to and including Tuesday, September 26, 2017, and an extension for Defendants to file a Reply up to and including Friday, October 6, 2017.

Dated: September 22, 2017

Respectfully Submitted,

/s/ Martin G. McCarthy
Martin G. McCarthy, Esquire, Florida Bar No.: 0149896
Gendler, McCarthy, & Yersel, PLLC
2151 S. Lejeune Road, Ste. 306
Coral Gables, FL 33134
Telephone (305) 444-1533 / Facsimile (866) 676-4671
Primary Service Email: McCarthy@Miami-Law.com
Additional Service Email 1: Eyersel@Miami-Law.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the forgoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Martin G. McCarthy
Martin G. McCarthy, Esq.

**SERVICE LIST**

Via transmission of Notices of Electronic Filing and email service to:

Kimberly J. Donovan (Florida Bar No. 16496)
Email: Kimberly.donovan@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
200 South Biscayne Blvd., Ste. 4700
Miami, Florida 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001

Mark J. Botti, admitted *pro hac vice*
Email: mark.botti@squirepb.com

Alicia J. Batts, admitted *pro hac vice*
Email:  alicia.batts@squirepb.com Christopher H. Gordon, admitted *pro hac vice* Email: christopher.gordon@squirepb.com Jessica M. Hoke VanDerMiller*,* admitted *pro hac vice*
Email: jessica.hoke @squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
2550 M Street, NW Washington, DC 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315

*Attorneys for Defendants*