IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

| | |
|---|---|
| CITI CARS, Inc. a Florida corporation ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: 1:17-CV-22190-KMM |
| v. ) | |
| ) | |
| COX ENTERPRISES, INC. ) | |
| A Delaware Corporation ) | |
| ) | |
| COX AUTOMOTIVE, INC. ) | |
| A Delaware Corporation ) | |
| ) | |
| MANHEIM AUCTION, LLC ) | |
| A Delaware Limited Liability ) | |
| Corporation ) | |
| ) | |
| NEXTGEAR CAPITAL, INC. ) | |
| A Delaware Corporation, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION OR ALTERNATIVELY, TO DISMISS**

THIS MATTER is before the Court on Plaintiff's Second Motion for Extension of Time to Respond to Defendants' Motion to Compel Arbitration or Alternatively, to Dismiss [D.E. 26]. Having considered the Motion it is hereby ORDERED AND ADJUDGED that Plaintiff's motion is GRANTED.  Plaintiff shall file its response to Defendants' Motion to Compel Arbitration or Alternatively, to Dismiss on or before September 26, 2017 and Defendants shall file their Reply on or before October 6, 2017.

DONE AND ORDERED in Chambers in Miami, Florida, this _____ day of September 2017.

_____
HONORABLE KEVIN MICHAEL MOORE
UNITED STATES DISTRICT JUDGE